IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BENJAMIN FLORES, etc.,           )
                                 )
            Plaintiff,           )
                                 )
      v.                         )      No.  10 C 1189
                                 )
FRESHLINE FOODS, INC.,           )
et al.,                          )
                                 )
            Defendants.          )

MEMORANDUM

Freshline Foods, Inc. ("Freshline") and its two individual

principals (John and Peter Siakotos) have filed their Answer to

the First Amended Class Action Complaint brought against them by

Benjamin Flores ("Flores"), who sues them both individually and

as a putative class representative.  This memorandum is issued

sua sponte to require clarification of one puzzling aspect of

that responsive pleading.[1]

At several places in the Answer defendants acknowledge that

there were individual work weeks in which Flores did indeed work

more than 40 hours but did not receive overtime pay for the hours

worked in excess of 40 (Answer ¶3 is a typical example).  In

addition, other paragraphs of the Answer admit the several other

statutory components that are needed to bring defendants within

_____

[1]  This memorandum order does not address the
appropriateness or inappropriateness of class action treatment, a
subject that remains for future consideration.  Instead it
focuses on Flores' individual claim (although what is said here
may apply to other Freshline employees as well).

the scope of the FLSA and its Illinois statutory counterpart. Yet despite those admissions, defendants still deny that their nonpayment of the overtime premium violated the two statutes (see, e.g., Answer ¶¶29, 30, 36-38 and 45).

Those responses appear irreconcilable at least in facial terms, so that there must be something more here than meets the eye. Because the next scheduled status hearing date of June 4 is some distance off, this Court requests that at their considerably earlier convenience defense counsel file an amendment to the Answer (not a new self-contained Amended Answer) to explain the disparity.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 28, 2010